**Liz Hernandez**

**Subject:** FW: Case No. 1:24-cv-01129-LF-KK; Martinez v. Meta Platforms, Inc.



Kirtan Khalsa
United States Magistrate Judge
District of New Mexico
333 Lomas Blvd
Albuquerque, NM 87102
(505) 348-2340

**From:** Gerald Cross, Jr <lcross@cross-lawfirm.com>
**Sent:** Monday, November 25, 2024 9:29 AM
**To:** McCarty, Mallory <mmccarty@orrick.com>
**Cc:** NMDdb_Proposed Text Khalsa <khalsaproposedtext@nmd.uscourts.gov>; Simons, Caroline <csimons@orrick.com>; Visser, Michelle <mvisser@orrick.com>; Pavone, Paige <ppavone@orrick.com>; lcross_gmolaw.com <lcross@gmolaw.com>; Alexandria Rehman <arehman@cross-lawfirm.com>; Jessica Aldana <jessica@cross-lawfirm.com>
**Subject:** Re: Case No. 1:24-cv-01129-LF-KK; Martinez v. Meta Platforms, Inc.

**CAUTION - EXTERNAL:**

Dear Judge Khalsa and All:

1. Plaintiff has not objection to the extension of time.

2. Also, would you please include my staff on any communication for Jessica and Alexandria?

Thank you.

Respectfully,

Lee Cross
Office: 816.454.5297
Mobile: 505.235.5977

On Fri, Nov 22, 2024 at 4:40 PM McCarty, Mallory <mmccarty@orrick.com> wrote:

> Dear Judge Khalsa,

1

Attached hereto is a Word version of Defendant Meta Platforms, Inc. f/k/a Facebook, Inc.'s Proposed Order Granting Motion to Extend Answer Deadline. The Motion was electronically filed with the court yesterday in the above-referenced matter.

Sincerely,

**Mallory McCarty**
eFiling Specialist

Pronouns: She/Her

Orrick
Houston
T 713/658-6658
mmccarty@orrick.com



**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.