UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WANDA MARTINEZ,

    Plaintiff,

v.

META PLATFORMS, INC., f/k/a
FACEBOOK, INC.,

    Defendant.

NO. 1:24-cv-01129-LF-KK

**ORDER GRANTING
MOTION TO EXTEND ANSWER DEADLINE**

    THIS MATTER comes before the Court upon Defendant's Emergency Motion to Extend Answer Deadline and Request for Expedited Briefing ("Motion") filed on November 21, 2024. (Doc. 12.) Plaintiff is not opposed to the Motion. (Doc. 15.) Upon consideration of the Motion and for good cause having been shown, the Court hereby GRANTS the Motion.

    IT IS THEREFORE ORDERED that Defendant Meta Platforms, Inc. shall have up to and including <u>December 30, 2024</u> to respond to the Complaint.

                                                    _____
                                                    KIRTAN KHALSA
                                                    UNITED STATES MAGISTRATE JUDGE